JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE BROWN, | Case No. EDCV11-1908-CAS (DTB) |
| Plaintiff, | **JUDGMENT** |
| vs. | |
| ROD HOOPS, et al., | |
| Defendants. | |

Pursuant to the Order Summarily Dismissing Action,

IT IS ADJUDGED that the action is dismissed without prejudice.

*[signature]*

DATED: March 5, 2012

CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

1